**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34095-ERW |
| | § | |
| LESLIE J MARSHALL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/03/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/02/2013         By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34095-ERW |
| | § | |
| LESLIE J MARSHALL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $7,374.45
*and approved disbursements of*   $5,139.39
*leaving a balance on hand of[1]:*   $2,235.06

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $2,235.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $180.32 | $0.00 | $180.32 |
| David P. Leibowitz, Trustee Expenses | $6.16 | $0.00 | $6.16 |

Total to be paid for chapter 7 administrative expenses:   $186.48
Remaining balance:   $2,048.58

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $2,048.58

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,048.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $496.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Oral Surgery Center | $496.70 | $0.00 | $496.70 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $496.70 |
| Remaining balance: | $1,551.88 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $1,551.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,551.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.19 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.76. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,551.12.

Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 12-34095-ERW
Leslie J Marshall　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: lhuley　　　　Page 1 of 2　　　　Date Rcvd: Aug 05, 2013
　　　　　　　　　　　　　　Form ID: pdf006　　Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2013.
```
db           +Leslie J Marshall,    39 W. 155th Place,    South Holland, IL 60473-1202
19370462     +ASC,    PO Box 10388,    Des Moines, IA 50306-0388
19370460     +Americas Servicing Co.,    Bankruptcy Dept.,    1 Home Campus,    Des Moines, IA 50328-0001
19370461     +Arnold Harris,    600 West Jackson,    Chicago, IL 60661-5636
19370463     +Blitt and Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19370465    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,     25505 West 12 Mile Road,    Southfield, MI 48034)
19370464     +City of Harvey,    15301 Dixie Hwy,    Harvey, IL 60426-2954
19370467     +H&F Law,    33 N Lasalle Ste 1200,    Chicago, IL 60602-3415
19370468     +HSBC NV,    1441 Schilling Place,    Salinas, CA 93901-4527
19370470     +Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
19370471     +JP Morgan Chase Bank,    Attn: Legal Dept.,    131 S. Dearborn St., Floor 5,
               Chicago, IL 60603-5520
19370473     +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
19370474     +Oral Surgery Center,    19838 S. Halsted,    Chicago Heights, IL 60411-8225
19370475    ++TCF NATIONAL BANK,    17440 COLLEGE PARKWAY,    LIVONIA MI 48152-2363
              (address filed with court: TCF Bank,     444 Cedar St., Ste 220,    Saint Paul, MN 55101)
19370477     +Village of South Holland,    16226 Wausau Ave.,    South Holland, IL 60473-2156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19370459     +E-mail/PDF: cbp@slfs.com Aug 06 2013 02:19:24      American General Finance,    1131 Lake St.,
               Oak Park, IL 60301
19370466     +E-mail/Text: creditonebknotifications@resurgent.com Aug 06 2013 02:04:27
               First National Bank Marin,    PO Box 98875,    Las Vegas, NV 89193-8875
19370469     +E-mail/Text: Bankruptcy@icsystem.com Aug 06 2013 02:54:43      IC Systems Inc,    Po Box 64378,
               St. Paul, MN 55164-0378
19370472     +E-mail/Text: bankruptcy@consumerportfolio.com Aug 06 2013 02:08:06      Mercury Finance LLC,
               PO Box 57071,    Irvine, CA 92619-7071
19370476      E-mail/Text: dgerwatowski@orland-park.il.us Aug 06 2013 02:53:06      Village of Orland Park,
               14700 S. Ravinia Avenue,    Orland Park, IL 60462-3134
                                                                                              TOTAL: 5
```

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**　　　　　　　　　　　**Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: lhuley               Page 2 of 2                   Date Rcvd: Aug 05, 2013
                               Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2013 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Leslie J Marshall notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Xiaoming  Wu    on behalf of Debtor Leslie J Marshall notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                                                         TOTAL: 4